Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DIANE DUARTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DUARTE ) | Case No.: 1:14-cv-01732-BAM |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 5, 2015, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the November 7, 2014 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**July 2, 2015**__                    /s/ _Barbara A. McAuliffe_
                                               UNITED STATES MAGISTRATE JUDGE