BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| DIANE DUARTE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-01732-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 4, 2015, to October 6, 2015.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because undersigned counsel was recently assigned this case and needs additional time to draft the Commissioner's brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1    Counsel apologizes to the Court for any inconvenience caused by this delay.

2

3                                                Respectfully submitted,

4    Dated:  September 2, 2015          */s__Vijay Patel_____*
                                        (*as authorized via e-mail on Sept. 2, 2015)
5                                        VIJAY PATEL
                                         Attorney for Plaintiff
6

7

8    Dated:  September 3, 2015          BENJAMIN B. WAGNER
                                         United States Attorney
9                                        DEBORAH LEE STACHEL
                                         Acting Regional Chief Counsel, Region IX
10                                       Social Security Administration

11                              By:     */s/  Ellinor R. Coder_____*
                                         ELLINOR R. CODER
12                                       Special Assistant U.S. Attorney

13
                                         OF COUNSEL
14                                       HAY-MIE CHO
                                         Assistant Regional Counsel
15

16                                       Attorneys for Defendant

17

18                              **ORDER**

19

20         Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY

21   ORDERED, that Defendant shall have a 30-day extension, or until October 6, 2015, in which to

22   file an Opposition to Plaintiff's Motion for Summary Judgment.

23   IT IS SO ORDERED.

24       Dated:  __**September 8, 2015**__        ____/s/ Barbara A. McAuliffe_____

25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

                                         2